# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Israel Gaxiola Acosta,<br>a.k.a.: Israel Acosta,<br>a.k.a.: Israel Gaxiola Acosta-Gaxiola,<br>(A089 813 785)<br>*Defendant* | Case No. 17-289 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 4, 2014, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Israel Gaxiola Acosta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on May 16, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Brett Day

☒ Continued on the attached sheet.

*Complainant's signature*

Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 8, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about March 4, 2014, Israel Gaxiola Acosta was booked into the Maricopa County Jail (MCJ) intake facility on local charges. While incarcerated at the MCJ, Gaxiola Acosta was examined by ICE Officer W. Evans who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On August 7, 2017, Gaxiola Acosta was released from the Lewis State Prison and transported to the Phoenix ICE office for further investigation and processing. Gaxiola Acosta was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gaxiola Acosta to be a citizen of Mexico and a previously deported criminal alien. Gaxiola Acosta was removed from the United States to Mexico through Nogales, Arizona, on May 16, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Gaxiola Acosta in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

1

Homeland Security to return to the United States after his removal. Gaxiola Acosta's immigration history was matched to him by electronic fingerprint comparison.

4. On August 7, 2017, Israel Gaxiola Acosta was advised of his constitutional rights. Gaxiola Acosta freely and willingly acknowledged his rights and declined to make any further statements.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about March 4, 2014, Israel Gaxiola Acosta, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on May 16, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 8th day of August, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge